UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **William Ray and WR Ranch,** a Texas Sole Proprietorship wholly Owned by William Ray,<br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**American Angus Association,** ET AL. and Mark D. Welytok<br>　　　　　　**Defendants** | Civil Action No. **4:21-cv-00902-SDJ** |

**Plaintiff's Motion to Dismiss Plaintiff Claims against Both Defendants "Without Prejudice"**

**Comes now** Plaintiff William Ray and WR Ranch, a Texas Sole Proprietorship Wholly Owned by William Ray (Ray) and files this Plaintiff's motion with this Court to allow Plaintiff to dismiss claims against both Defendants "Without Prejudice."

Movant Ray makes this motion/request since Ray no longer desires to pursue these claims at this time against these Defendants in this forum.

Wherefore, premises considered, Movant Ray requests this Court enter an order dismissing these claims against these Defendants in this cause of action "without prejudice" and/or for such other and/or further relief as deemed just and/or appropriate under these specific facts and/or circumstances.

Respectfully submitted,

By: *(s) Steven Pitzner*
Steven Pitzner, Esq

Bar # 16055900
**The Law Offices of Kenneth G. Wincorn, P.C.**
100 N. Central Expressway, Suite 1310
Richardson, Texas 75080
Phone: 214-630-1221 X153
Fax: 214-630-2155
Email: spitzner@wincorn.com
**Attorney for Plaintiff**

## Certificate of Service.

The undersigned attorney herewith certifies that a true and correct copy of this document has been sent to all counsel of record this 20th day of Dec., 2021

(s)*Steven Pitzner*
Attorney Certifying